No. 1842. Ex parte Peña, Peticionario Apelante, v. El Pueblo, Apelado.—Corte de Distrito de Humacao.  Habeas Corpus.  Resuelto en enero 27, 1922.  Se desestima la apelación por carecer de finalidad práctica.

No. 1851. El Pueblo, Apelado, v. Ortiz, Apelante.— Corte de Distrito de Aguadilla.  Acometimiento y agresión simple.  Resuelto en enero 27, 1922.  No apareciendo de los autos que se haya cometido error fundamental alguno, se confirma la sentencia.

No. 2586. J. Ochoa & Hno., Apelante, v. J. González Clemente & Cía., Apelada.—Corte de Distrito de Mayagüez. Moción de la apelada para desestimar la apelación.  Resuelto en enero 30, 1922.  Examinada la transcripción y el alegato del apelante único presentado, se desestima por frívola la apelación.

No. 1856. El Pueblo, Apelado, v. Stuart, Apelante.— Corte de Distrito de San Juan, Primer Distrito.  Acometimiento y agresión grave.  Resuelto en enero 30, 1922.  No existe pliego de excepciones ni relación de hechos y no apareciendo de los autos error fundamental alguno, se confirma la sentencia.

No. 1857. El Pueblo, Apelado, v. Roca, Apelante.— Corte de Distrito de San Juan.  Primer Distrito.  Resuelto en enero 30, 1922.  Infracción a la ley de arbitrios.  No existe pliego de excepciones ni relación de hechos y no apareciendo de los autos error fundamental alguno, se confirma la sentencia.